# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CIV 7135 (LAP)                                              Date Filed: 8/10/2007

Plaintiff:
ST. PAUL FIRE & MARINE INSURANCE COMPANY a/s/o STERLING CRANE

vs.

Defendant:
ATLANTIC CONTAINER LINE AB, trading as "Atlantic Container Line"

For:
James P. Krauzlis
BADIK & WILL, LLP
106 Third Street
Mineola, NY 11501-4404

Received by SBI PROCESS SERVICE to be served on **ATLANTIC CONTAINER LINE AB, trading as "Atlantic Container Line", 194 WOOD AVENUE, SUITE 500, ISELIN, NJ 08830**.

I, Charles M Tedesco Jr., being duly sworn, depose and say that on the **20th day of August, 2007** at **10:00 am**, I:

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS, COMPLAINT AND INDIVIDUAL JUDGE'S RULES OF PRACTICE** with the date and hour of service endorsed thereon by me, to: **HOWARD HESLIN** as **RISK MANAGER**, who stated they are authorized to accept service for: **ATLANTIC CONTAINER LINE AB, trading as "Atlantic Container Line"** at the address of: **194 WOOD AVENUE, SUITE 500, ISELIN, NJ 08830**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 58, Sex: M, Race/Skin Color: W, Height: 5'8, Weight: 180, Hair: Grey, Glasses: N

Subscribed and Sworn to before me on the 20th day of August, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
LISA O'CALLAGHAN

_____
Charles M Tedesco Jr.
Process Server

SBI PROCESS SERVICE
61 Mt. Kemble Ave.
Suite 503
Morristown, NJ 07960-5176
(973) 267-1513
Our Job Serial Number: 2007000612
Ref: 06-F-079-JPK

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

ST. PAUL FIRE & MARINE INSURANCE COMPANY
a/s/o Sterling Crane,

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

ATLANTIC CONTAINER LINE AB, trading as
"Atlantic Container Line",

**07 CIV 7135**

**JUDGE PRESKA**

TO: (Name and address of defendant)

ATLANTIC CONTAINER LINE AB, trading as "Atlantic Container Line",
c/o Atlantic Container Line
194 Wood Avenue, Suite 500
Iselin, New Jersey 08830

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 06-F-079-JK

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 1 0 2007

CLERK

DATE

(BY) DEPUTY CLERK