UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ST. PAUL FIRE & MARINE INSURANCE
COMPANY a/s/o STERLING CRANE,                07 CIV 7135 (LAP)

      Plaintiffs,              RULE 7.1 STATEMENT

  -against-

ATLANTIC CONTAINER LINE AB, trading
as "ATLANTIC CONTAINER LINE",

      Defendants.
----------------------------------------X

  Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendant ATLANTIC CONTAINER LINE AB, trading as "ATLANTIC CONTAINER LINE", certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of ATLANTIC CONTAINER LINE AB, trading as "ATLANTIC CONTAINER LINE".

Dated: New York, N.Y.
    October 31, 2007

                 EDWARD A. KEANE (EK 1398)