Preska, J

James P. Krauzlis, Esq.
Badiak & Will, LLP
106 Third Street
Mineola, New York 11501
(516) 877-2225
Attorneys for Plaintiff
Our Ref.: 06-F-079-JK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ST. PAUL FIRE & MARINE INSURANCE          07 CIV 7135 (LAP)
COMPANY a/s/o STERLING CRANE,

                          Plaintiffs,              **STIPULATION OF
                                                   DISCONTINUANCE**

            -against-

ATLANTIC CONTAINER LINE AB,
trading as "ATLANTIC CONTAINER LINE",

                          Defendant.
------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that the parties, through their attorneys noted below,

having agreed to a settlement of all matters in this litigation hereby stipulate and agree

that the above entitled action is hereby discontinued pursuant to Rule 41(a)(1)(ii) of the

Federal Rules of Civil Procedure for the United States District Courts, with prejudice and

without costs to any party.

Dated:        Mineola, New York
              May 14, 2008

BADIAK & WILL, LLP                         MAHONEY & KEANE, LLP
Attorneys for Plaintiff                    Attorneys for Defendant
                                           ATLANTIC CONTAINER LINE AB

By:_____                 By:_____
     James P. Krauzlis (JK-4972)               Garth S. Wolfson, Esq.


**SO ORDERED:**                            The Clerk of the Court Shall
                                           mark this action closed and all
                                           pending motions denied as moot.
_____
            U.S.D.J.                       SO ORDERED:

May 20, 2008                               _____
                                           LORETTA A. PRESKA, U.S.D.J.